UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMAN KAUR and SNEHA DSOUZA,

                              Plaintiffs,           22 Civ. 4514 (PAE)

            -v-

                                              ORDER

ALEJANDRO MAYORKAS et al.,

                              Defendants.

---

PAUL A. ENGELMAYER, District Judge:

On December 6, 2022, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by December 29, 2022. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by January 20, 2023, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by December 29, 2022. Defendants' reply, if any, shall be served by January 6, 2023. At the time any reply is served, the moving party shall supply the Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

The Court will determine later, after receipt of plaintiffs' anticipated brief opposing a motion to dismiss the current or amended complaint, whether to schedule oral argument.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                         _____
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: December 7, 2022
       New York, New York